IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNATHAN SAMUEL WILLIAMS,                    No. CIV S-11-2526-WBS-CMK-P

    Plaintiff,

  vs.                                                                    ORDER

KURK, et al.,

    Defendant.

_____/

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is a motion for reconsideration (Doc. 16) of the Magistrate Judge's April 12, 2012, order.

        Pursuant to Eastern District of California Local Rule 303(f), a Magistrate Judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law. Plaintiff objects to the dismissal of several defendants from this action. However, the dismissal of those defendants was ordered by the Northen District prior to the transfer of this action to this court. There is no indication that plaintiff ever objected to the North District's order, nor is there any basis for such an objection. The April 12, 2012, order is,

1

therefore, affirmed.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration (Doc. 16) is denied;

2. The Magistrate Judge's April 12, 2012, order is affirmed;

3. Plaintiff shall comply with the April 12, 2012, order within 30 days of the date of this order by submitting the necessary documents to serve the remaining defendants in this action; and

4. No further motions for reconsideration of this order will be considered.

DATED:  June 6, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE