IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN SAMUEL WILLIAMS, | No. CIV S-11-2526-WBS-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| KURK, et al., | |
| Defendant. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to compel responses to discovery (Doc. 17).

Plaintiff's request is premature. No defendant has yet been served and appeared in this action in order to respond to plaintiff's discovery requests. Once a defendant has been served and appeared, placing this case at issue, plaintiff will be permitted to engage in discovery. Such discovery will be conducted without the assistance of the court, pursuant to the Federal Rules of Civil Procedure, unless one of the parties does not respond appropriately to a proper discovery request. In such a situation, a proper motion to compel may be filed. Until such time as this case is at issue, however, any discovery motion is premature.

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (Doc. 17) is denied as premature.

DATED: July 18, 2012

                                                            **CRAIG M. KELLISON**
                                                            UNITED STATES MAGISTRATE JUDGE