1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOHNATHAN SAMUEL WILLIAMS,                No. CIV S-11-2526-WBS-CMK-P

12                    Plaintiff,

13           vs.                                         <u>ORDER</u>

14   KURK, et al.,

15                    Defendant.

16   _____/

17           Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

18   U.S.C. § 1983.  Pending before the court is plaintiff's motion to compel responses to discovery

19   (Doc. 17).

20           Plaintiff's request is premature.  No defendant has yet been served and appeared

21   in this action in order to respond to plaintiff's discovery requests.  Once a defendant has been

22   served and appeared, placing this case at issue, plaintiff will be permitted to engage in discovery.

23   Such discovery will be conducted without the assistance of the court, pursuant to the Federal

24   Rules of Civil Procedure, unless one of the parties does not respond appropriately to a proper

25   discovery request.  In such a situation, a proper motion to compel may be filed.  Until such time

26   as this case is at issue, however, any discovery motion is premature.

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (Doc.

2    17) is denied as premature.

3

4    DATED:  July 18, 2012

5

6    CRAIG M. KELLISON
     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26