# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNATHAN SAMUEL WILLIAMS,　　　　　　No. CIV S-11-2526-WBS-CMK-P

　　　　　Plaintiff,

　　vs.　　　　　　　　　　　　　　　　　　ORDER

KURK, et al.,

　　　　　Defendant.

_____/

　　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The court has authorized service of the original complaint on defendants KURK, McINTYRE, and WOODS, and directed plaintiff to provide documentation for service of process by the United States Marshal. Plaintiff has submitted the required papers.

　　　　　On July 27, 2012, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Kurk, McIntyre and Woods was returned unexecuted because California State Prison, Solano (CSP-Solano) had no record of any of these individuals working at that location nor was there a record of them in the CDCR locator. Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through any means available to him, including the California Public Records Act,

Cal. Gov't. Code § 6250, et seq., or other means. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention. Once additional information sufficient to effect service is obtained, plaintiff shall notify the court whereupon plaintiff will be forwarded the forms necessary for service by the U.S. Marshal. Plaintiff is cautioned that failure to effect service may result in the dismissal of unserved defendants. See Fed. R. Civ. P. 4(m).

        Accordingly, IT IS HEREBY ORDERED that plaintiff shall promptly seek additional information sufficient to effect service on any unserved defendants and notify the court once such information is ascertained.

DATED: January 7, 2013

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE