IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN SAMUEL WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KURK, et al.,<br><br>　　　　　　Defendants. | No. 2:11-cv-2526-WBS-CMK-P<br><br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On September 19, 2014, the court found that appointment of counsel was warranted given plaintiff's difficulties with serving the defendants.  William L. Schmidt has been selected from the court's pro bono attorney panel to represent plaintiff for the limited purpose of locating and effecting service upon the three named defendants, and he has agreed to be appointed.

　　　　Counsel will be accorded time to locate the defendants and obtain the necessary service information.  Once the defendants have been located, counsel has the option of providing the service documents to the United States Marshal for proper service thereof.  Counsel shall notify the court as to the status of service within 60 days of the date of this order.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. William L. Schmidt is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of locating and effecting service upon the three named defendants.

2. Appointed counsel's appointment will terminate when service has been effected upon the named defendants, or if after a thorough investigation plaintiff determines he is not able to serve defendants. Prior to the termination of the appointment, the court will accord counsel the option of discontinuing his representation of plaintiff or, at his discretion, proceeding as plaintiff's appointed counsel for purposes of discovery, settlement and/or trial. If counsel does not wish to continue representation of plaintiff after he has carried out his limited purpose, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon William L. Schmidt, Law Office of William L. Schmidt, P. O. Box 25001, Fresno, CA 93729.

5. Counsel shall notify the court as to the status of service within 60 days of the date of this order.

Dated: October 31, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE