UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JOHNATHAN SAMUEL WILLIAMS,<br><br>    Plaintiff,<br><br> v.<br><br>KURK, et al.,,<br><br>    Defendants. | No. 2:11-cv-2526 WBS-CMK<br><br><br>**ORDER** |

----oo0oo----

    Defendant's Motion for Reconsideration (Docket No. 75) of this court's Order (Docket No. 73) revoking his forma pauperis status is DENIED for the reasons set forth in that Order and in the August 18, 2015 findings and recommendations of the magistrate judge.

Dated: January 5, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1