# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN SAMUEL WILLIAMS, | No. 2:11-CV-2526-WBS-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| KURK, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgement was entered on September 11, 2015, and the Ninth Circuit Court of Appeals has affirmed (see Doc. 78).

In the court's September 11, 2015, order adopting the Magistrate Judge's findings and recommendations, granting defendants' motion to dismiss, and directing entry of judgement, the court stated that all other pending motions are denied as moot. The Clerk of the Court will, pursuant to this order, be directed to terminate the motions at Docket entries 30 and 56 as pending motions. The Clerk of the Court will also be directed to terminate Docket entry 34 as pending findings and recommendations because the underlying motion (Doc. 30) was denied as moot in the court's September 11, 2015, final order. Finally, because the court's judgment has

1

been affirmed on appeal, the Clerk of the Court will be directed to terminate the motions at Docket entries 63 and 65 as pending motions.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to terminate the matters at Docket entries 30, 34, 56, 63, and 65 as matter pending before the court.

DATED: August 7, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE