IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN SAMUEL WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KURK, et al.,<br><br>　　　　　Defendants. | No. 2:11-CV-2526-WBS-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on September 11, 2015, reconsideration was denied on November 2, 2015, and the Ninth Circuit Court of Appeals affirmed the judgment on July 16, 2018. On October 2, 2018, plaintiff filed a motion for an extension of time (Doc. 82). Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that;

1. Plaintiff's motion (Doc. 82) is disregarded; and

2. The Clerk of the Court is directed to terminate Doc. 82 as a pending motion in this closed case.

Dated: October 11, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE